Taiwan authority Colludes Oversea Demarcates
--Providing Finance Support for a Long Time and Purporting to Steal Intelligent Information from the Mainland

By Wu Wei, the reporter of the agency

Front page on May 28 2004 Global Times

On May 27 2004, Taiwan newspaper China Times reported on the remarkable pages that Taiwan authority continued to support oversea Chinese "pro-democracy movement" for many years. It was pointed by the analyst(s) that Chen Shuibian administration was planning to take the overseas democracy movement as its tool for Taiwan Independence" upheld by Democracy Progress Party (DPP) and to push them back in China as the fifth column of Taiwan Democracy Progress Party.

There have been 17 oversea democrat organizations controlled by the Military Intelligent Bureau (MIB).

According to informative resource, early in 1982, the oversea "pro-democracy movement" established cooperation with Taiwan intelligent agency (information and security). Wang Bingzhang, who was born in Shenyang in 1948 and graduated from Beijing Medical institute in 1971, was sent to Canada as a official student abroad in 1979. He set up the magazine China Spring that got attention from Taiwan Intelligent Agency (TIA) (it was changed to MIB in late 1980s). Taiwan Intelligent Bureau (TIA) immediately sent representative to contact to Wang. Wang gained his personal representative Ning Jiachen to Taiwan to negotiate cooperation. The secrete documents of MIB shows that Taiwan MIB, after reported to superior agency National Security Bureau (NSB) and got its approval, decided to cooperate with China Spring secretly in performing anti-mainland China activities. For this cooperation, Taiwan initiated "yishan Project" and provided finance support $30,000 to China Spring every month. In the end of 1985, Wang Bingzhang reappointed the Chairman of Chinese "pro-democracy movement" Solidarity Association (CDSA). Taiwan provided fiancé support annually $600,000 for their activities and extra monthly salary $1000 to Wang. But, Taiwan did not trusted Wang and assigned Lin Qiaoqing to monitor him.

As more and more "pro-democracy movement" came in exile, the inside struggles became extremely severe in oversea democracy bloc. At the beginning, Taiwan Guomindang realized that those people were impossible to run successful projects. In 1994 when Hu Jialin was assigned the head of MIB, he changed oversea democracy organizations as the intelligent agents to collect information from Mainland China. The secrete documents of MIB exposes that such their controlled oversea democracy organizations were seventeen, distributing over USA, Japan, Britain, Germany, France, and Hong Kong. Hu Ping was born in Chengdu in 1947, enrolled in graduate class of Philosophy Department at Peking University in 1978, and got his master degree there. In 1987, he took the chairman of Chinese Oversea Students Association in Political Science. Taiwan initiated "wenzheng Project" for his headed group and provided finance support. Wang Juntao, born in Beijing in 1958, entering in Technology Department of Peking University in 1978, was arrested and sentenced for 13 years for his participation of "pro-democracy movement." He joined the so-called China Strategic Institute and placed by Taiwan Authorities into "Zhiguang Project." Li Shaomin, arrested by mainland security department, sentenced spy crime and evicted out of China, was listed as "zhixiang Project" by Taiwan authority and applied for finance support. Taiwan authority took those bought "pro-democracy movement" as intelligent agents, and sorted them into various categories. Pingan were hired officially as special agents and in charge of collecting information and initiating democracy movements. Liangan were in charge of communication. Mingan were full time in working in democracy movements. Gongzuo duixiang were those who were planed to be recruited. For example, Li Shaomin was a "mingan" and

his pseudonym was "Zhou Jun". Hu Ping was also a mingan with pseudonym "guyue" and his monthly salary was $10000.

Faction struggles were very severe in oversea democracy movement. To hook them in, MIB had to distribute money separately. From exposed information, only for oversea "pro-democracy movement" to run foundations, conferences, and research centers at a time, Taiwan MIB spent $300,000 to $400,000. By some estimation, MIB spent at least 5 millions dollars in around ten years.

DPP established two Wangs Project to support Wang Dan and others. Wang Dan then submitted reports to Chen Shuibian.

In May of 2000 when DPP took over the government, they gave up the plan of fighting back China and had less interest in oversea Chinese democracy movement. Taiwan intelligent agency also stopped to support them. Overseas "pro-democracy movement" tried through President Advisor Yao Jiawen to turn around the tendency, but they failed. Afterward, DPP conducted further evaluation and believed that those "pro-democracy movement" had utility for DPP and they began to actively contact Wang Dan, Wang Juntao and Yang Jianli (born in Shandong in 1962, got Ph D in Harvard University in 2001, and used to take vice chairman of China "pro-democracy movement" Union Bloc).

Taiwan China Times' report pointed out that Taiwan NSB took the work very considerably to hook Wang Dan and Wang Juntao in and they initiated "Two Wangs Project". It was rund and led by Yan Wanjin, vice secretary of Taiwan Straight Foundation, and Lin Jialong, advisor of NSB.

It is disclosed that DPP began to contact Wang Dan and Wang Juntao in 2001 at Boston, USA. Taiwan authorities sent Yan Wanjin and Xu Sijian (assistant professor of International Relations Research Center Taiwan Politics University) to meet Wang Dan, Chen Xiaoping, Wu Jiaxiang, and Liu Junning who came from Mainland China. They established the cooperation framework. Wang Dan proposed the concept of broad democracy movement that was not to hold banner of opposing the communist authority but united young intellectuals including overseas students and built up the embryo of opposition party. At same time, he suggested to establish independent policy research institute in mainland China. The finance support was transferred from Taiwan through North America to Mainland China. Because Wang Dan's suggestions were "constructive", they were easily accepted by Taiwan authority.

On Aug 11 2001, Wang Dan and Wang Juntao arrived in Taiwan, and met Yan Wanjin and Lin Jialong secretly in Xinzhu city. They decided to founded Chinese Constitutionalism association (CCA) as the headquarters for political decision –making and operational center. Meanwhile, they establish seven-members polit-bureau in which was there Wang Dan and Wang Juntao. Both sides decided Wang Dan to be the president of CCA and set up office; Wang Juntao would be the board chairman. After that, under the name of supporting academic research, DPP provided finance support to Wang Dan etc through Taiwan Straight Foundation. From November 2001 to October 2002, under the name of initiation of research of 16th national congress of the party, Chen Shuibian provided finance support 800,000 xintaibi yuan in which Wang Dan and Wang Juntao had personnel fee 120,000 xintaibi yuan, transportation fee 100,000 xintaibi yuan, and conversazione fee 34,000 xintaibi yuan.

In March 2002, both parties met again in New York. Their discussed items included: establishing a website to discuss the policy; Taking over a magazine Beijing Spring as the platform for activities in North America; and introducing Taiwan businessmen to support covered "pro-democracy movement" in mainland China. In April 2002, Yang Jianli, with a friend's passport, sneaked into mainland China. He was arrested, detained and sentenced five years. Wang Dan and Wang Juntao became the important subjects for Taiwan intelligent agency after Yang Jianli was arrested in China. In November 2002, both parties met in Seoul, Korea and they exchanged intelligence reports

In February 2003, Wang Dan and Wang Juntao handed in a work report of Chinese Constitutionalists Association. In the report they said, "We decide to establish the team replacing of communist party that can deploy forces fast, break the institutions, push the situation, and drive communist party out of the game through contemporary political operation when the opportunity is coming... We hope to continue getting support and obtain the promised, in order to satisfy the need for further work." On July 8 2003, Taiwan authority got a report of " Two Wangs Project" that listed Wang Dan and Wang Juntao's achievements: monthly large conference; making political doctrine for political opposition movement; and mobilizing support to establish a website in mainland China. The report told that Taiwan authority had supported "Two Wangs" 1.5 million xintaibi and required to provide extra 3.5 million xintaibi. It also required to support $10,000 to Liu Junning's independent research institute in Mainland China and hoped to provide finance support $60,000 to Beijing Spring annually.

To prevent democr"pro-democracy movement" to expand their forces, NSB made eight items of cautionsIn addition, Taiwan SNB divided "pro-democracy movement" based on their personalities and values. They thought that, although Wang Dan had international fames, but he needed to be more mature. His current utility was propaganda. Wang Juntao "kept low profile, dig deeply and has ability to establish underground party." It was good to provide periodically support.

Despite continuing to provide finance support to "pro-democracy movement" , Taiwan intelligent agency does not trust them. According to China Times, in a top secrete reports of NSB, there was one drafted by Cai Zhaoming, the head of NSB, to Kang Ningxiang, the secretary of National Security Council (NSC) and Chen Shuibian on February 26 2004. This document defined three operational goals in detail: forming international pressures on mainland China on the issues democratization and human rights; preparation for establishment of overseas opposition party; and expanding Taiwan information network among "pro-democracy movement" ' friends and elatives in Mainland China. Meanwhile, to prevent "pro-democracy movement" from expanding forces, Taiwan NSC listed eight working principles, such as "utilized and dominated by Taiwan," "never approving of them to establish any branch in Taiwan to avoid their work aiming at Taiwan," "to prepare for their reverse bite."

Taiwan SNB's eight-principles matched the consistent style of DPP: giving a steak at his will in order to get return from them to support independent Taiwan. That was the true meaning of "Taiwan's domination." If overseas democracy movement does not support the idea of independent Taiwan and work for it, they will become the real trouble for Taiwan. Those "pro-democracy movement" always talk about democracy, but "March 19th shot" has put Taiwan democracy into the hell. From that people can see what they want to do when Chen Shuibian cooperated with "pro-democracy movement" .

http://www.people.com.cn/GB/paper68/12110/1090045.html copy on July 29 2005

长期提供活动经费  一心窃取大陆情报

# 台当局勾结"民运"分子（独家报道）

●本报记者 吴薇

5月27日，台湾《中国时报》在显著位置披露，台湾当局多年来一直在资助大陆海外"民运"分子。分析人士指出，陈水扁当局正策划把海外"民运"变成民进党的"台独"招牌，并企图将海外"民运"推回大陆，变成民进党在大陆的"第五纵队"。

### "军情局"控制的"民运"组织多达17个

据知情人士透露，早在1982年，海外"民运"就和台湾情治（情报和治安）部门扯上了关系。王炳章1948年生于沈阳，1971年毕业于北京医学院，1979年公派到加拿大学习医学。他在纽约创办《中国之春》杂志，引起了台湾"情报局"（20世纪80年代后期改编为"军情局"）的注意。台"情报局"立即派人与王炳章取得直接联系，王炳章则派其私人代表宁嘉晨到台湾商谈合作事宜。据台湾"国安局"密件显示，台"情报局"在上报"国安局"核准后，决定与《中国之春》展开秘密合作，进行反大陆的活动。为此，台湾特别成立了"移山专案"，每月资助《中国之春》3万美元。1985年年底，王炳章连任"中国民主团结联盟"（简称"中国民联"）主席。台湾"情报局"每年向该组织提供60万美元的活动经费，此外每月还发给王炳章1000美元的工资。但台湾方面对王炳章并不信任，派林樵清监视他的一举一动。

随着"民运"分子纷纷跑到国外，"民运"分子内部的斗争异常激烈。一开始国民党当局就清楚地认识到，这些人根本成不了什么大事。1994年6月，胡家麒接任台湾"军情局长"后，干脆把"民运"组织变成了搜集大陆情报的工具。据台湾"国安局"密件披露，当时受"军情局"控制的"民运"组织达17个，遍布美国、日本、英国、德国、法国等国和香港地区。胡平，1947年生于成都，1978年考入北京大学哲学系研究生班，后获硕士学位，1987年任北美中国留学生政治学会会长。以他为首的一批人被列入台方"文正专案"，经费由专案补助。王军涛，1958年生于北京，1978年考入北京大学技术物理系，1989年因参与"民运"被捕，被判处13年有期徒刑。他参加了所谓的"中国战略研究所"，被台湾方面列入"致广专案"。已被大陆安全部门抓获、判处间谍罪并驱逐出境的李少民，当时被台湾当局列入"志翔专案"，经费由个案申请。台湾当局把收买的"民运"分子作为情报员，并将他们分成不同的类型，其中"聘干"是正式聘任的特工，负责进行全方位的情报搜集和"民运"推动工作；"联干"是专门负



责交通联络的特工;"民干"是专门从事"民运"活动的人员;"工作对象"则是准备发展吸收的人员。例如,在台湾"军情局"的档案中,李少民是"民干",化名"周军",月薪 1500 美元;胡平也是"民干",化名"古月",月薪 1000 美元。

海外"民运"分子的派系斗争一直非常激烈,台湾"军情局"为了拉拢他们,不得不四处撒钱。据透露,有一段时间,台湾"军情局"光是资助"民运"分子筹办基金会、研究中心和研讨会等,就花掉了三四十万美元;据估计,台湾"军情局"十多年的花费至少有 500 万美元。

**民进党设立"二王专案",资助王丹等人。王丹则向陈水扁提交"工作报告"**

2000 年 5 月民进党上台后,放弃了国民党时期"反攻大陆"的幻想,因此对海外"民运"分子兴趣越来越小,台情治部门也停止了对他们的资助。在此之前,一些"民运"分子曾通过当时的台湾"总统府资政"姚嘉文说情,但仍无济于事。后来,民进党经过进一步评估,认为这些"民运"分子还有可利用之处,于是开始积极拉拢王丹、王军涛和杨建利(1962 年生于山东,2001 年在哈佛大学获得政治经济学博士学位,曾当选"中国民主联合阵线"副主席)等人。

台湾《中国时报》的报道指出,台湾"国安局"对拉拢王丹、王军涛的工作相当重视,为此专门设立了"二王专案",由台湾海基会副秘书长颜万进和"国安会咨询委员"林佳龙负责相关工作。

据知情人士透露,民进党当局与王丹、王军涛等人的正式接触始于 2001 年,地点在美国波士顿。当时,台湾当局派出的是颜万进和徐斯俭(台湾政治大学国际关系研究中心助理研究员),"民运"分子方面出面的有王丹、陈小平和吴稼祥,来自大陆的刘军宁等人。这次会议商定了未来双方合作的框架。王丹提出"大民运"的概念,即不一定打着"反共"的旗号,但要拉拢一批年轻的知识分子,甚至包括海外留学生,构筑"反对党"雏形。他同时建议,在大陆设立民间政策研究所,经费可以从台湾先转到北美,再转到大陆。由于王丹的这些主意"有建设意义",所以很顺利地得到了台湾方面的认可。

2001 年 8 月 11 日,王丹和王军涛到了台湾,在新竹与颜万进、林佳龙秘密碰头。他们决定成立"宪政协进会",作为政治决策和指挥中心;同时成立"七人政治局",王丹、王军涛等人均在其中。双方还决定由王丹出任"宪政协进会"的"主席"并负责组建办公室,王军涛则出任"理事长"。此后,民进党当局打着"资助学术研究"的招牌,通过海基会向王丹等人提供经费。从 2001 年 11 月到 2002 年 10 月,以"推动研究"十六大为名,陈水扁当局共向王丹等

人提供了 80 多万元新台币，其中王丹和王军涛的人事费各为 12 万元新台币，交通费共 10 万元，座谈会车马费还有 2.4 万元。

2002 年 3 月，双方再度在纽约碰头。他们这次讨论的事项包括：在大陆设立一个讨论政策的网站；接手一本名曰《北京之春》的杂志，作为在北美公开活动的平台，由王丹加入该杂志董事会；介绍台商资助潜藏在大陆的"民运"分子等。2002 年 4 月，杨建利使用朋友的护照溜回大陆，被依法拘捕并判处入狱 5 年。剩下的王丹、王军涛就成了台湾情治部门重点拉拢的对象。2002 年 11 月，双方又聚集到韩国汉城交换情报。

2003 年 2 月，王丹和王军涛向民进党当局提交的"宪政协进会工作总结"称："我们决心建立替代力量，在时机到来时，能大规模地迅速展开力量，推进形势，打开体制，并通过现代政治运作，将中共挤出政治舞台……我们希望能继续得到支援并尽快落实承诺，以保证我们下一步工作的需要。"2003 年 7 月 8 日，台湾当局得到了一份《二王专案报告》，其中列举了王丹、王军涛的"良好成绩"：每月举行大型讨论会；拟定了政治反对派纲领以及正在大陆动员筹建网站等。这份报告同时指出，2003 年台湾已资助"二王"150 万元新台币，要求再追加 350 万元，同时要求资助刘军宁的大陆"民间研究机构"1 万美元，并希望未来每年资助《北京之春》6 万美元。

**为防范"民运"分子趁机扩大势力，台湾"国安局"还列出了应注意的"八项原则"**

尽管不断给"民运"分子出钱，但台湾情报部门对他们并不放心。据《中国时报》报道，在台湾"国安局"绝密文件中，有一份是前"国安局长"蔡朝明于 2004 年 2 月 26 日交给"国安会秘书长"康宁祥和陈水扁的公文。这份公文非常具体地说，今后台湾资助海外"民运"的三大目标，即在"民主化"和人权等议题上对大陆形成国际压力；筹组并扶植大陆"海外反对党"；利用"民运"分子在大陆的亲友，拓展台湾在大陆的情报网络。同时，为防范"民运"分子趁机扩大势力，台湾"国安局"还列出了应注意的"八项原则"，如"为台湾所用，由台湾主导"；"勿同意在台湾设立分支机构，以免养虎为患，入台后反而从事对台工作"；"要有随时被反咬之准备与防御"，等等。

此外，台湾"国安局"还就每名"民运"分子的性格特点以及价值大小不同，对他们进行区分。台当局认为，王丹"虽然具有国际知名度"，但有待进一步成熟，他现在的主要价值在于宣传；王军涛"做事低调，具有能量，深层耕耘，具有组织地下党的潜力"，可以通过分期、分阶段的方式进行资助。

台湾"国安局"所提的"八点原则"与民进党一贯的风格颇为吻合：如果它愿意，就会给海外"民运""一块牛肉"；而这块牛肉的代价就是等待海外"民运"分子对"台独"的回报。这正是"为台湾所用，由台湾主导"的正内涵。海外"民运"如果不认同"台独"的价值观，不为"台湾独立"奔走呼号，那就会成为民进党当局的"养虎之患"。这些"民运"分子口口声声说要民主，但"3·19枪击案"却已将台湾的"民主"打入地狱。由此人们可以看出，陈水扁当局与海外"民运"分子勾结在一起，究竟是要干什么？▲

《环球时报》 (2004年05月28日 第一版)

http://www.people.com.cn/GB/paper68/12110/1090045.html copy on July 29 2005

Taiwan Authority Supported the Elements of "Pro-democracy Movement"—
Someone voluntarily becomes a tool splitting the Country

By Xie Xiang, the reporter

June 3, 20025

Taiwan Democracy Foundation (TDF) signed a contract with oversea democracy magazine Beijing Spring that was exposed by the informative source in recent days. In the document titled <<The Taiwan Democracy Foundation Corporation's Contract about Finance Support to Publication>>, TDF and Beijing Spring were two sides of the contract. TDF, based on reviewing of Beijing Spring's proposal, agrees to provide $50,000 for its one year publication.

It was not fresh news that overseas democracy organization accepted finance support from Taiwan authority. Even the Beijing Spring itself was established with finance support from National Security Bureau (NSB). However, there are still someone hook in separatism forces under the name of democracy and blocked the motherland's progress when the world recognized China's prominent achievement of development. Such actions, reversing historical current, are provoking.

"Pro-democracy movement" elements beg assistance from Chen Shuibian at the price of supporting independent Taiwan

When China as a great power of peaceful development has been obtained more and more admiration, so-called democracy movement is at its last gasp. In the late 1990s, Taiwan authority cut off finance support in government budget to the elements of "pro-democracy movement" that made democracy movement lost its reliable finance resource and became fishes on dry land. To get support for their survival, the elements of "pro-democracy movement" tried to contact to Democrat Progress Party (DPP) with all means and begged money from Taiwan authority.

In November 2004, Qin Jin, the head of democracy organization wrote letter, under the name of preparation for 2005 Australia conference "China Democracy Movement", to Taiwan leader Chen Shuibian applying for money support. In order to close Taiwan authority, Qin Jin, at the beginning of the letter, identified his organization to DPP in terms of sharing same fate. He also appraised DPP obtaining great achievement when it became ruling party from opposition position. He asserted that democracy organization needed to adjust strategy under new situation and reinitiated movement. He also expressed the eager will that the Republic of China supported China's modernization and aided it renascence to march into China.

As exchanging, he showed somewhat his attitude to independent Taiwan. In his letter, Qin hinted at that war status between two sides of Taiwan Straight could end actually and Republic of China could reach its perfect destination only in case when DPP's idea was reasonably considered.

"The mouth will be soft when you eat another's food and the hand will be short when you take the

others." It was why "pro-democracy movement" became the tools of anti-China forces trying to split China. It was informed that the appointments of members of the editorial committee of <<Beijing Spring>> were decided by Taiwan "Bureau of State Security." Wang Dan, the President of <<Beijing Spring>> must obtain the consents "Bureau of State Security" on his personnel arrangement.

Taiwan Authority Required The elements of the "pro-democracy movement" from verbal discussion to action

Taking advantage of democracy organizations' need for money, Taiwan authority intends to reach its untold purpose. As a Taiwan important political figure, who resided in US now, said that Taiwan should support democracy movement because it would make Mainland China busy; when mainland China was chaotic, Taiwan would have a chance to become independent.

When color revolution occurred successively, Taiwan authority expressed to spend every penny the worthiest and to provide more actual support to democracy movement. They would pay attention to the effects of the money. They required the elements of "pro-democracy movement" to learn from experience of US NGOs' operation, to change empty discussion and propaganda to actual performance, and moved the fight field into China.

In detail, Taiwan authority work in four arenas, aiming at "pro-democracy movement;" 1, supporting the pro-democracy movement to establish the "overseas opposition party" and, through political operating and mobilizing those people who are influential and are discontent with communist party; 2, extending the pro-democracy movement to the Mainland China and to create the image that CCP oppress democracy and human rights in order to mobilized international pressure on Chinese Communist party; 3, collecting intelligence information and developing information network; 4, developing "consciousness" of "Taiwan Independence" among the elements of "the pro-democracy movement".

Guided by such planning, Wang Dan visited the USA National Democracy Research Institute in January 2005 to initiate the Mainland China Projects. Democracy movement also proposed to discuss the problems regarding weak classes in China as the working emphasis. His plan is to investigation through domestic agency, to support social scientists to write reports, to create public opinions, and to make people discontent with government. Those suggestions got complete approval from Taiwan authority. NSB expresses the will to fully support

Taiwan Authority Combining Utilization with Prevention Policies toward Democrats

The Taiwan authority began to collude the overseas with pro-democracy movement in the beginning of the 80's. It is estimated that, before the DPP took over the government, Taiwan "Burea of Military Intelligence" spent a total of 5 millions dollars on "pro-democracy movement." After the DPP took the power in 2000, the DPP gave up "the National Party's dream of attacking and returning the Mainland" and became uninterested in "pro-democracy movement." However, after re-evaluation, they believed that the elements of the "pro-democracy movement" were still

useful, and they changed the tactic of "fixed support" to the tactic of "support on a cases by case basis.: They then actively engaged Wang Dan and Wang Juntao, by setting up the "Two Wangs Project."

In addition to collecting information, Taiwan authority uses democracy movement to criticize mainland China in public sphere and support Taiwan. They plan, through mouths of democrats, to decrease conscience and sensitive of national state among mass, and to deny sovereignty of mainland China over Taiwan under the name of human rights prior to sovereignty.

Although they want to use democrats, Taiwan does not really take the elements of "pro-democracy movement" as in their bloc. When they provide finance support, they impose tough terms for support. For example, in the case of TMF's support to Beijing Spring, the terms are very detailed. The terms include that, reviewed Beijing Spring's proposal (purpose, ways, content, progress, and expenditure), TDF thought it meeting finance principle and grant it; the term of contract is one year; Beijing Spring has to send out the publication timely; delaying one day would charge one-thousandth as fine; the dispute between two sides has to be settled in Taipei court.

Taiwan authority declared to share democracy experience with the elements of "pro-democracy movement" verbally, but their strategy was actually to combine using the elements of "pro-democracy movement" with preventing from democrats. In their eyes, the elements of "pro-democracy movement" are also trouble-makers. They have to stop the elements of "pro-democracy movement" entering Taiwan in order to avoid hurting themselves. The "pro-democracy movement" proposed to establish a liaison base, but it was rejected by Taiwan authority.

Global Times (June 3 2005 third page)

http://www.people.com.cn/GB/paper68/14905/1322393.html （access on July 29 2005）

# 台当局资助"民运"分子（独家报道）

### 有些人为了钱甘沦为分裂势力的工具

本报记者 谢湘

2005年06月03日　　【字号 大 中 小】【留言】【论坛】【打印】【关闭】

台湾民主基金会与海外"民运"刊物《北京之春》杂志社签订的一份契约书近日被知情人士透露出来。在这份名为《财团法人台湾民主基金会补助出版事业契约书》的文件中，甲方是台湾民主基金会，乙方为《北京之春》杂志社，甲方在审核同意乙方的出版计划基础上，为其提供一年的出版经费共计5万美元。

海外"民运"组织接受台湾当局资助已不是新闻，就连《北京之春》杂志社本身，也是由台湾"国安局"出资设立的。但是，在中国发展取得举世瞩目成就的今天，仍然有人打着"民主"旗号与分裂祖国的势力相互勾结，企图为祖国发展设置障碍，这种逆历史潮流而动的做法非常令人气愤。

**"民运"分子向陈水扁求救，不惜以纵容"台独"为代价**

随着中国和平发展的大国形象在国际上赢得越来越多的肯定，所谓"民运"已是气息奄奄。上世纪90年代末，台湾当局取消对"民运"分子的计划性资金支持，使"民运"失去了可靠的财源，如涸辙之鲋。为维持生计，"民运"分子不择手段，想方设法与民进党靠近，向台湾当局伸手要钱。

2004年11月，"民运"团体头目秦晋，以筹办所谓"中国民主运动2005年澳洲大会"为由，写信给台湾当局领导人陈水扁寻求资金支持。为了与台湾当局"套近乎"，秦晋开篇就把自己的组织与民进党说成是"完全应该同病相怜，同命相惜"，还盛赞民进党由反对派成为"执政党"，"业绩辉煌"；号称"民运"组织"亟需在新形势下调整策略，重新集结"，"渴望中华民国政府能为中国的民主化进程伸以援手"，帮助"民运""在困厄中重新崛起，巧借历史的机遇挺进中原……"

作为交换，他对台湾当局一向关切的"台独"立场也有所表态。在信中，秦晋暗示，只有当"民进党的政治理念可以得到合情合理的商定"，"两岸的战时状态才会真正结束，

中华民国的归宿才有最终完满的结果"。

吃人嘴软,拿人手短。这就是为什么"民运"分子自甘沦为台湾一些反华、分裂势力的工具。据了解,《北京之春》的"编辑委员会"成员都由台湾"国安局"定案,社长王丹在人事调动方面的安排也得经过"国安局"。

**台当局要求"民运"分子从空谈民主转向实际行动**

利用"民运"组织的资金要求,台湾当局企图达到不可告人的目的。正如一位定居美国的台湾政治人物所说,台湾之所以应该支持"民运",就是要"让大陆忙不过来",大陆一乱,台湾就有机会实现"独立"了。

"颜色革命"相继发生以后,为了"把钱花在刀刃上",台湾当局表示要对"民运"的支持更加务实,不论钱多钱少都要注重实际效果。他们对"民运"分子提出,要借鉴美国非政府组织的运作经验,从空谈民主、单纯制造舆论变成实实在在的行动,把战场从国外移到国内。

具体来说,现阶段台湾当局针对"民运"的做法有四个方面:一是支持"民运"成立海外"反对党",通过政治运作团结一批有影响、对中共不满的人;二是想办法把"民运"活动延伸到中国大陆,并制造中共打压民主和人权的国际形象,形成对中共的国际压力,不断给中共制造麻烦;三是利用"民运"分子进行情报搜集,主要是在留美学生中发展情报组织;四是培养"民运"分子的"台独"意识。

按照这些要求,王丹已经于 2005 年 1 月到美国国家民主研究所了解有关在中国开展项目的问题。"民运"还提出把工作重点放在炒作中国国内弱势族群问题上,具体计划是通过国内调查机构进行调查,同时资助部分社科界学者,撰写报告,制造舆论,以制造民众对政府的反感。这些建议得到了台湾当局的认同,"国安局"表示会全力支持。

**台当局对"民运"分子"用、防"结合**

台湾当局与大陆海外"民运"的相互勾结开始于上世纪 80 年代初。据估计,到民进党上台前,台湾"军情局"在"民运"身上的花销共计 500 万美元。2000 年民进党当权后,放弃了国民党"反攻大陆"的幻想,曾一度对海外"民运"分子失去兴趣。但经过一番评估,

他们认为这些"民运"分子还有可利用之处,于是把"定额补助"的方式改为"逐案审查",并开始积极拉拢王丹、王军涛等人,还专门设立了"二王专案"。

除了为台湾搜集情报外,台湾当局利用"民运"做的事主要是在舆论方面抨击大陆,为其助阵。他们企图通过"民运"之口,假批判"民族主义",淡化大陆民众的"国家意识"、"民族情结",在"人权高于主权"的理论基础上,否定大陆对台湾拥有主权。

利用归利用,台湾当局并没有真正把"民运"分子当成自家人。在提供资助的同时,也增加了苛刻的条件。以前面提到的台湾民主基金会对《北京之春》的资助为例,这个资助协议的前提条件是:"甲方就乙方所提之出版计划书(包括目标、方法、内容、进度、经费等项目)进行审核后,认为该项出版计划符合本会补助宗旨,并同意予以补助"。协议有效期仅一年,而且对乙方(《北京之春》杂志社)要求非常具体,如乙方必须按计划执行进度检送出版刊物……每逾期一日,扣除总经费千分之一违约金;在双方发生争议时,"调解或仲裁之地点为台湾台北市,第一诉讼管辖法院为台湾台北地方法院";等等。

台湾当局虽然口口声声要跟"民运"分享所谓"民主经验",但实际上采取的策略是"用、防"结合。在他们眼中,"民运"分子也是异类和祸水,要坚决防止其入岛,以免引火烧身。"民运"分子曾提出在台湾建立联络据点,结果被台湾当局拒绝。▲

《环球时报》(2005年06月03日 第三版)

2005 年 6 月 3 日《环球时报》第 3 版新闻背景 独家报道
http://www.people.com.cn/GB/paper68/14905/1322393.html (access on July 29 2005)