# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WANG DAN, aka: Dan Wang<br>10401 Wilshire Blvd. Apt. 308<br>Los Angeles, CA 90024<br><br>WANG JUNTAO, aka: Juntao Wang<br>227 Main Street<br>Woodbridge, NJ 07905,<br>　　　　　　　Plaintiffs,<br>vs<br><br>HU JINGTAO aka: JINGTAO HU<br>Secretary General<br>Politburo of Chinese Communist Party<br><br>and, Chief Correspondent Aicheng Liu,<br>of the "People's Daily," Washington,<br><br>and, The "People's Daily"<br>c/o "People's Daily" Washington Bureau<br><br>and, "Global Times" Journal c/o<br>"PEOPLE'S DAILY" Washington Bureau, et al.,<br>　　　　　　　Defendants. | Complaint for Libel<br><br>Case No: 1:05CV01788<br>Judge Ricardo Urbina<br>Date Stamp: 09/09/2005 |

## PRAECIPE
(Affidavits Affirming Return of Service of Process)

Four copies of the original Complaint and Summons has been delivered to the "People's Daily" at its Washington, D.C. Office located at 3706 Massachusetts Ave., N.W., Washington, D.C. 20016. The service was accomplished December 23, 2005, at about 9:30 a.m. when process server Shaogang Xing handed the four sealed original copies of the Complaint with sealed summons to an adult person identified as staff personnel of the People's Daily, one Mr. Peng. This was done in the presence of another People's Daily staff member identified as Hsiao Li. Since the four defendants have an interlocking directorate and are co-located in their activities, the following have been duly served: (1) Secretary General of the Politburo; (2) Chief Correspondent Aicheng Liu; (3) The People's Daily Washington Bureau; and, (4) The Global Times Journal.

Attachments:
　Affidavit regarding Service of Process
　of the four defendants in this case
　with notary seal attached

Respectfully Submitted,

John D. Hemenway
John D. Hemenway, DC#379663
4816 Rodman St., N.W. Wash., D.C. 20016
Tel/Fax: (202) 244-4819

Affidavit Statement of Service

Shaogang Xing, being duly sworn, deposes and says:

I am a Permanent Resident of the United States currently residing in the City of Washington, District of Columbia. I am over 18 years of age and competent and well educated. I am also conversant in both Chinese and English languages. I hereby certify the following facts under the penalty of perjury:

On December 23, 2005 (Friday), at about 9:30 am, I personally served 4 copies of original Complaint and Summons addressed to four defendants to the "People's Daily" Washington DC Office" situated at 3706 Mass Avenue, NW, Washington DC 20016, at its front door step. The following adult person who identified himself as staff personnel of the People's Daily Washington DC Office as Mr. "Peng" was personally served with the presence of another People's Daily staff member Mr. Li or "Hsiao Li", who identified himself as staff editor/journalist. Mr. Peng is a light weight, relatively small size Asian looking male, with black hair, brown eyes, aged between mid 30s and earlier 40s.

Further affiant sayth naught.

_____
Shaogang Xing

Subscribed and sworn to before me t\on this 23rd day of December, 2005.

_____
Notary Public:
Patricia B. Martin
Notary Public, District of Columbia
My commission expires on My Commission Expires 3-31-2009

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of December, 2005, he caused to be deposited in the U.S. mail, copies of the within contained Praecipe containing the sealed Affidavit regarding Service of Process with all postage paid for first class mail service and addressed to the following:

HU JINGTAO aka: JINGTAO HU
Secretary General
Politburo of Chinese Communist Party
   [30 Fuyou Street, Beijing, China]
<u>Deliver to</u>:
c/o "People's Daily" Washington DC Bureau
3706 Mass Avenue, NW, Wash, DC <u>20016</u>

Chief Correspondent Aicheng Liu,
of the "People's Daily," Washington ,
D.C. Bureau, 3706 Mass Avenue, NW
Washington, DC <u>20016</u>

The "People's Daily"
c/o "People's Daily" Washington Bureau
3706 Mass Avenue, NW
Washington, DC <u>20016</u>

"Global Times" Journal
c/o "PEOPLE'S DAILY" Washington Bureau,
3706 Mass Avenue, NW
Washington, DC <u>20016</u>

*John D. Hemenway* (signature)
John D. Hemenway

JOHN D. HEMENWAY
4816 Rodman St., N.W.
Washington, D.C.
20016

December 28, 2005

## MEMORANDUM OF CONVERSATION

**PARTICIPANTS:** Alan P. Dye, attorney for Herman Pirchner (AFPC)
John D. Hemenway, attorney for Asia America

**TIME/DATE:** 2:10 p.m., December 28, 2005

**SUBJECT:** Settlement between Asia America Initiative and AFPC

John Hemenway called Alan Dye in reference to the letter Hemenway had sent Dye on December 2, 2005. The letter outlined a settlement agreement that could be used to extinguish a possible dispute between AFPC and AIA concerning $51,500 owed AIA.

Dye had no difficulty in recalling the matter. He quickly replied that "John Strout" (presumably a lawyer under Dye's control) was tending to the matter and was on leave. He expected him to return tomorrow. Dye also asserted that Herman Pirchner had been out of the country, but was back now making it possible to discuss the matter. Dye opined that AID will be involved--I did not make any comment at all on the necessity for Pirchner or anyone else to consult with AID over a transfer of this account.

When I wondered aloud whether Dye might check to make certain that Strout would return tomorrow, he quite cheerfully and willingly agreed, if I would hold the line. After a few moments he returned with the news that Strout is expected to be in tomorrow and he suggested that I call again tomorrow afternoon (Thursday, 29 December, 2005). I will do that.

*John D. Hemenway*
John D. Hemenway

cc: Al Santoli  (202) 232-7020
    Via Fax:  (202) 232-7023

Affidavit Statement of Service

Shaogang Xing, being duly sworn, deposes and says:

I am a Permanent Resident of the United States currently residing in the City of Washington, District of Columbia. I am over 18 years of age and competent and well educated. I am also conversant in both Chinese and English languages. I hereby certify the following facts under the penalty of perjury:

On December 23, 2005 (Friday), at about 9;30 am, I personally served 4 copies of original Complaint and Summons addressed to four defendants to the "People's Daily" Washington DC Office" situated at 3706 Mass Avenue, NW, Washington DC 20016, at its front door step. The following adult person who identified himself as staff personnel of the People's Daily Washington DC Office as Mr. "Peng" was personally served with the presence of another People's Daily staff member Mr. Li or "Hsiao Li", who identified himself as staff editor/journalist. Mr. Peng is a light weight, relatively small size Asian looking male, with black hair, brown eyes, aged between mid 30s and earlier 40s.

Further affiant sayth naught.

_____
Shaogang Xing:

Subscribed and sworn to before me t\on this 23rd day of December, 2005.

_____
Notary Public:
Patricia B. Martin
Notary Public, District of Columbia
My Commission Expires 3-31-2009

My commission expires on _____.

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of December, 2005, he caused to be deposited in the U.S. mail, copies of the within contained Praecipe containing the sealed Affidavit regarding Service of Process with all postage paid for first class mail service and addressed to the following:

HU JINGTAO aka: JINGTAO HU
Secretary General
Politburo of Chinese Communist Party
 [30 Fuyou Street, Beijing, China]
Deliver to:
c/o "People's Daily" Washington DC Bureau
3706 Mass Avenue, NW, Wash, DC 20016

Chief Correspondent Aicheng Liu,
of the "People's Daily," Washington,
D.C. Bureau, 3706 Mass Avenue, NW
Washington, DC 20016

The "People's Daily"
c/o "People's Daily" Washington Bureau
3706 Mass Avenue, NW
Washington, DC 20016

"Global Times" Journal
c/o "PEOPLE'S DAILY" Washington Bureau,
3706 Mass Avenue, NW
Washington, DC 20016

John D. Hemenway
John D. Hemenway