**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| WANG DAN, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.V. No. 05-cv-1788 (RMU) |
| HU JINTAO, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

# EXHIBIT 1

to *Suggestion of Immunity Submitted by the United States of America*

THE LEGAL ADVISER
DEPARTMENT OF STATE
WASHINGTON

Hon. Peter D. Keisler
Assistant Attorney General
Civil Division
U.S. Department of Justice
Washington, D.C. 20530

    Re: *Wang Dan et al. v. Hu Jintao et al.*,
        Case No. 1:05CV01788 (D.D.C.)

Dear Mr. Keisler:

    The above-captioned suit names Hu Jintao, President of the People's Republic of China (PRC), as a defendant.

    The Government of the PRC has formally requested that the Government of the United States take all steps necessary to have this action against President Hu dismissed. A copy of the PRC's diplomatic note of January 16, 2006, requesting immunity is enclosed, as is a copy of a letter from Liu Zhenmin, then Legal adviser to the PRC's Ministry of Foreign Affairs, to me on the same subject dated May 9, 2006.

    The Department of State recognizes and allows the immunity of President Hu from this suit. Under the rules of customary international law, recognized and applied in the United States, President Hu, as the sitting head of a foreign state, is immune from the jurisdiction of the United States courts. Accordingly, the Department of State requests that the Department of Justice submit to the district court an appropriate Suggestion of Immunity at the earliest opportunity.

    This letter recognizes the particular importance attached by the United States to obtaining the prompt dismissal of the proceedings against President Hu in view of the significant foreign policy implications of such an action against the head of the Chinese state.

                                         Sincerely,

                                         John B. Bellinger, III

<u>Enclosures</u>
    1. Diplomatic Note from the PRC Ministry of Foreign Affairs, January 16, 2006.
    2. Letter from (then) PRC Legal Adviser Liu Zhenmin to DOS Legal Adviser John Bellinger, May 9, 2006.

cc:   Vincent Garvey
       Federal Programs Branch, U.S. Department of Justice