**EXHIBIT #1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WANG DAN, *et al.*, | ) | EXHIBIT #1 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | File Number: 1:05cv01788 |
| v. | ) | Judge: Hon. R.M. Urbina |
| | ) | |
| HU JINTAO, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

## AFFIDAVIT

John David Hemenway, hereby duly sworn, deposes and says:

I am a U.S. citizen over 18 years of age and qualified to testify in any court in the United States. I am an attorney in good standing and a member of the U.S. District Court for the District of Columbia. I am the counsel representing all the plaintiffs in the instant legal action bearing file number 1:05cv01788. My office address is 4816 Rodman Street, N.W., Washington, D.C. 20016. My telephone/fax number is (202) 244-4819. My email address is johndhemenway@comcase.net.

Under oath I certify to the following facts:

1. Plaintiffs properly filed their complaints with this Honorable Court on September 5, 2005, and had the defendants served in a timely manner as proscribed in the Rules;

2. Proof of Service has been properly filed with this Honorable Court;

3. Defendants have so far failed to respond to the Complaint, and it appears that the Defendants have completely ignored this on-going legal action, to the best of my belief;

4. Defendants are neither infants nor incompetent persons;

5. The Complaint sets out the sums certain for damages. They are as follows:

    <u>Count 1</u>: The damages sought by the Plaintiffs are $3,000,000.00;

    <u>Count 2</u>: The damages sought by the Plaintiffs are $9,000,000.00;

    <u>Count 3</u>: The damages sought by the Plaintiffs are $3,000,000.00;

Minimal cost for this legal action: $250.00, the court filing fee prepaid by this counsel for the Plaintiffs.

Putting all of the above three damages together, plus the minimum cost, the total damages and relief sought by the Plaintiffs to be granted by this Court is $15,000,250.00.

Counsel for the Plaintiffs respectfully seeks a Default Judgment for the above amount to be accordingly entered by the Clerk.

Further sayeth the affiant not.

Sworn under oath on this 5th day of March, 2007, under the penalties of perjury in Washington, D.C.

*John D. Hemenway* (signature)
John D. Hemenway