**EXHIBIT #2**

<u>EXHIBIT #2</u>

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WANG DAN, aka: Dan Wang )<br>10401 Wilshire Blvd. Apt. 308 )<br>Los Angeles, CA 90024 )<br>)<br>WANG JUNTAO, aka: Juntao Wang )<br>227 Main Street )<br>Woodbridge, NJ 07905, )<br>                       Plaintiffs, )<br>    vs )<br>)<br>HU JINGTAO aka: JINGTAO HU )<br>Secretary General )<br>Politburo of Chinese Communist Party )<br>)<br>and, Chief Correspondent Aicheng Liu, )<br>of the "People's Daily," Washington , )<br>)<br>and,The "People's Daily" )<br>c/o "People's Daily" Washington Bureau )<br>)<br>and, "Global Times" Journal c/o )<br>"PEOPLE'S DAILY" Washington Bureau, et al., )<br>                       Defendants. ) | Complaint for Libel<br><br>Case No: 1:05CV01788<br>Judge Ricardo Urbina<br>Date Stamp: 09/09/2005 |

<u>PRAECIPE</u>
(Affidavits Affirming Return of Service of Process)

    Four copies of the original Complaint and Summons has been delivered to the "People's Daily" at its Washington, D.C. Office located at 3706 Massachusetts Ave., N.W., Washington, D.C. 20016. The service was accomplished December 23, 2005, at about 9:30 a.m. when process server Shaogang Xing handed the four sealed original copies of the Complaint with sealed summons to an adult person identified as staff personnel of the People's Daily, one Mr. Peng. This was done in the presence of another People's Daily staff member identified as Hsiao Li. Since the four defendants have an interlocking directorate and are co-located in their activities, the following have been duly served: (1) Secretary General of the Politburo; (2) Chief Correspondent Aicheng Liu; (3) The People's Daily Washington Bureau; and, (4) The Global Times Journal.

Attachments:
    Affidavit regarding Service of Process
    of the four defendants in this case
    with notary seal attached

Respectfully Submitted,

*/s/ John D. Hemenway*
John D. Hemenway, DC#379663
4816 Rodman St., N.W. Wash., D.C.20016
Tel/Fax: (202) 244-4819

Affidavit Statement of Service

Shaogang Xing, being duly sworn, deposes and says:

I am a Permanent Resident of the United States currently residing in the City of Washington, District of Columbia. I am over 18 years of age and competent and well educated. I am also conversant in both Chinese and English languages. I hereby certify the following facts under the penalty of perjury:

On December 23, 2005 (Friday), at about 9:30 am, I personally served 4 copies of original Complaint and Summons addressed to four defendants to the "People's Daily" Washington DC Office" situated at 3706 Mass Avenue, NW, Washington DC 20016, at its front door step. The following adult person who identified himself as staff personnel of the People's Daily Washington DC Office as Mr. "Peng" was personally served with the presence of another People's Daily staff member Mr. Li or "Hsiao Li", who identified himself as staff editor/journalist. Mr. Peng is a light weight, relatively small size Asian looking male, with black hair, brown eyes, aged between mid 30s and earlier 40s.

Further affiant sayth naught.

_Shaogang Xing_
Shaogang Xing

Subscribed and sworn to before me t\on this 23rd day of December, 2005.

_Patricia B Martin_
Notary Public:
Patricia B. Martin
Notary Public, District of Columbia
My commission expires on My Commission Expires 3-31-2009

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of December, 2005, he caused to be deposited in the U.S. mail, copies of the within contained Praecipe containing the sealed Affidavit regarding Service of Process with all postage paid for first class mail service and addressed to the following:

HU JINGTAO aka: JINGTAO HU
Secretary General
Politburo of Chinese Communist Party
    [30 Fuyou Street, Beijing, China]
<u>Deliver to</u>:
c/o "People's Daily" Washington DC Bureau
3706 Mass Avenue, NW, Wash, DC <u>20016</u>

Chief Correspondent Aicheng Liu,
of the "People's Daily," Washington,
D.C. Bureau, 3706 Mass Avenue, NW
Washington, DC <u>20016</u>

The "People's Daily"
c/o "People's Daily" Washington Bureau
3706 Mass Avenue, NW
Washington, DC <u>20016</u>

"Global Times" Journal
c/o "PEOPLE'S DAILY" Washington Bureau,
3706 Mass Avenue, NW
Washington, DC <u>20016</u>

*John D. Hemenway*
**John D. Hemenway**