UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WANG DAN and WANG JUNTAO, | : : : | |
| Plaintiffs, | : : | Civil Action No.:   05-1788 (RMU) |
| v. | : : | |
| HU JINGTAO in his official capacity as Secretary General Politburo of Chinese Communist Party *et al.*, | : : : : : | |
| Defendants. | : | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 11th day of July, 2008,

**ORDERED** that the plaintiffs' complaint is dismissed for failure to prosecute.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge