UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| WANG DAN and | : | | |
| WANG JUNTAO, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 05-1788 (RMU) |
| | : | | |
| v. | : | | |
| | : | | |
| HU JINGTAO in his official | : | | |
| capacity as Secretary General | : | | |
| Politburo of Chinese | : | | |
| Communist Party *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

**<u>MEMORANDUM OPINION</u>**

On September 9, 2005, the plaintiffs filed a complaint alleging that the defendants published articles maliciously defaming them. The most recent action taken by the plaintiffs, however, was their motion for entry of default on March 21, 2007. Over a year after this motion was filed and two and a half years after the complaint was filed, the court issued a memorandum order dismissing all defendants except People's Daily due to the plaintiffs' failure to demonstrate proper service. Mem. Order (Mar. 27, 2008). In that same memorandum order, the court ordered the plaintiffs to file their motion for default judgment as to People's Daily on or before June 30, 2008. *Id.* The plaintiffs failed to meet this deadline. Furthermore, to date, the plaintiffs have not requested an extension of time. Accordingly, on July 3, 2008, the court ordered the plaintiffs to show cause on or before July 10, 2008 as to why the case should not be dismissed for failure to prosecute. Min. Order (July 3, 2008). Again, the plaintiffs failed to respond. In sum, the plaintiffs have ignored the court's deadlines, failed to respond to the court's show cause order and not taken any steps in furtherance of their case since March 21, 2007. Pursuant to Federal Rule of Civil Procedure 41(b) and Local Civil Rule 83.23, the court dismisses the

2

plaintiffs' complaint. An order consistent with this Memorandum Opinion is separately and contemporaneously issued this 11th day of July, 2008.

                                                RICARDO M. URBINA
                                            United States District Judge